# JS-6

NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCHLEGEL SYSTEMS, INC. D/B/A AMESBURYTRUTH,<br><br>           Plaintiffs,<br><br>      vs.<br><br>WILLIAM FRERICHS AND COASTAL WEATHERSTRIPPING CO.,<br><br>           Defendants. | Case No:  8:16-cv-01949-CJC-KES<br><br>**CONSENT JUDGMENT, PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE**<br><br><br>District Judge:  Cormac J. Carney<br>Magistrate Judge:  Karen E. Scott<br><br>Action Filed:          October 26, 2016<br>Trial Date:             None |

      Pursuant to the Joint Stipulation in support of the Consent Judgment filed by the parties to this action, it is hereby ordered:

      A.    Defendants are to transfer ownership of the infringing domain names as well as any other domain names they currently own that use the term "q-lon" or any confusingly similar term to Plaintiff within 14 days of entry of this Judgment.

      B.    Defendants, their subsidiaries, parents, officers, owners, directors, agents, servants, employees, affiliates, attorneys, and all other persons in active concert or participation with Defendants are hereby permanently enjoined from:

        1)    registering any domain names that use the term "q-lon" or any confusingly similar term;

        2)    using the term "q-lon" or any confusingly similar term in conjunction with selling weatherstripping or related goods; and

        3)    reselling any weatherstripping made or sold by Plaintiff.

    C.    In the event that Defendants, subsidiaries, parents, officers, owners, directors, agents, servants, employees, affiliates, attorneys, and all other persons in active concert or participation with Defendants, violate the terms of the Consent Judgment and Permanent Injunction, Plaintiff will be entitled to its attorney fees and costs from Defendants' associated with enforcing the injunction.

    D.    Defendants are to pay damages in the amount of $1,000 to Plaintiff within 14 days of entry of this Judgment.

    E.    Defendants are to return all weatherstripping marketed under the Q-LON name in their possession to Plaintiff or Plaintiff's authorized distributor within 14 days of entry of this Judgment.

    F.    Except as otherwise allowed in this Judgment, all parties hereto are responsible for their own costs and fees incurred in this matter, including attorneys' fees.

    G.    This action is dismissed with prejudice subject to the Court retaining jurisdiction to enforce the terms of this Judgment.

    **H.**    **Plaintiff's Motion for Default Judgment, (Dkt. 21), is DENIED AS MOOT.**

IT IS SO ORDERED.

Dated: February 6, 2017

                                              The Honorable Cormac J. Carney
                                              United States District Court Judge